UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| EDUARDO OCHOA-SALGADO, | Case No. 5:26-cv-01232-SPG-JDE |
|---|---|
| Petitioner, | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus by Person in Federal Custody Under 28 U.S.C. § 2241 (Dkt. 1, "Petition"), the Answer to the Petition (Dkt. 10), and the Report and Recommendation of the United States Magistrate Judge (Dkt. 12, "Report"). As no party filed a timely objection to the Report, the Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED THAT the Petition is granted, in part, with Respondents ORDERED to (1) arrange for an individualized bond hearing for Petitioner before an immigration judge under 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond;

or (2) if the above bond hearing does not take place within seven (7) days from the date of this Order, release Petitioner from custody. All other relief sought by the Petition is denied without prejudice.

Dated:   April 21, 2026

SHERILYN PEACE GARNETT
United States District Judge

2