UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| EDUARDO OCHOA-SALGADO, | Case No. 5:26-cv-01232-SPG-JDE |
| Petitioner, | JUDGMENT |
| v. | |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Report and Recommendation of the United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, and DECREED that the Petition is granted, in part, as follows. Respondents are ORDERED to:

1. arrange for an individualized bond hearing for Petitioner before an immigration judge under 8 U.S.C. § 1226(a) within seven (7) days of the date of this Order, with instructions that the immigration judge has jurisdiction under 8 U.S.C. § 1226(a) to consider bond; or

2. if the above bond hearing does not take place within seven (7) days from the date of this Order, release Petitioner from custody.

All other relief sought by the Petition is denied without prejudice.

Dated:  April 21, 2026

SHERILYN PEACE GARNETT
United States District Judge